UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR 22-86 PJS/BRT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| | ) | |
| Plaintiff, | ) | 18 U.S.C. § 2 |
| | ) | 21 U.S.C. § 841(a)(1) |
| v. | ) | 21 U.S.C. § 841(b)(1)(A) |
| | ) | 21 U.S.C. § 846 |
| 1. MANUEL DENIS MARTINEZ, and | ) | 21 U.S.C. § 853 |
| | ) | |
| 2. GABRIEL EDUARDO LEMOINE, | ) | |
| | ) | |
| Defendants. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Conspiracy To Distribute Methamphetamine and Cocaine)

Beginning in or about February 2022 and continuing through on or about April 21, 2022, in the State and District of Minnesota, the defendants,

**MANUEL DENIS MARTINEZ, and**
**GABRIEL EDUARDO LEMOINE,**

did unlawfully, knowingly and intentionally conspire with each other and with others, known and unknown to the grand jury, to distribute 50 grams or more of actual methamphetamine, and five kilograms or more of a mixture and substance containing a detectable amount of cocaine, both controlled substances, all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 846.

### COUNT 2
(Distribution of Methamphetamine)

On or about March 3, 2022, in the State and District of Minnesota, the defendants,

**MANUEL DENIS MARTINEZ, and**
**GABRIEL EDUARDO LEMOINE,**

SCANNED
MAY 17 2022
U.S. DISTRICT COURT MPLS

United States v. Manuel Denis Martinez, et al.

each aiding and abetting the other, did unlawfully, knowingly and intentionally distribute 50 grams or more of actual methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 3
(Possession With the Intent To Distribute Methamphetamine)

On or about April 21, 2022, in the State and District of Minnesota, at an apartment in Woodbury, Minnesota, the defendants,

**MANUEL DENIS MARTINEZ, and
GABRIEL EDUARDO LEMOINE,**

each aiding and abetting the other, did unlawfully, knowingly and intentionally possess with the intent to distribute 50 grams or more of actual methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 4
(Possession With the Intent To Distribute Methamphetamine)

On or about April 21, 2022, in the State and District of Minnesota, at a storage unit in Lake Elmo, Minnesota, the defendants,

**MANUEL DENIS MARTINEZ, and
GABRIEL EDUARDO LEMOINE,**

each aiding and abetting the other, did unlawfully, knowingly and intentionally possess with the intent to distribute 50 grams or more of actual methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

United States v. Manuel Denis Martinez, et al.

## COUNT 5
(Possession With the Intent To Distribute Cocaine)

On or about April 21, 2022, in the State and District of Minnesota, at a storage unit in Woodbury, Minnesota, the defendants,

**MANUEL DENIS MARTINEZ**, and
**GABRIEL EDUARDO LEMOINE**,

each aiding and abetting the other, did unlawfully, knowingly and intentionally possess with the intent to distribute five kilograms of more of a mixture and substance containing a detectable amount of cocaine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION

If convicted of any of the counts of this Indictment, the defendants,

**MANUEL DENIS MARTINEZ**, and
**GABRIEL EDUARDO LEMOINE**,

shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds they obtained, directly or indirectly, as the result of each such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of each such violation including, but not limited to, $41,360 in United States currency seized on April 21, 2022. If any of

United States v. Manuel Denis Martinez, et al.

the above-described property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property under Title 21, United States Code, Section 853(p).

A TRUE BILL

_____   _____
UNITED STATES ATTORNEY            FOREPERSON