UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
22-CR-86(2)(PJS/BRT)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Gabriel Eduardo Lemoine, )<br>)<br>)<br>Defendant. ) | **DEFENDANTS' MOTION TO SUPPRESS EVIDENCE OBTAINED AS A RESULT OF AN IONSCAN** |

The defendant, Gabriel Lemoine, by and through his attorney, respectfully moves the Court for an order suppressing the evidence obtained as a result of two Ionscans conducted by law enforcement on an apartment doorknob, and padlocks/door handles of two self-storage units on the grounds that:

1. Law enforcement did not have legal justification for the physical touching of door appendages for the purpose of obtaining evidence. The physical swabbing of the door handles, locks and padlocks is a tactile search that implicates the protections of the Fourth Amendment, as Mr. Lemoine had a reasonable expectation of privacy over his apartment and self-storage units. *Minnesota v. Olson*, 495 U.S. 91, 96-97 (1990). Conducting a search of the private locks and handles of these protected spaces without consent, warrant, or otherwise exception to that requirement is an illegal action for which the only remedy is suppression of the evidence obtained. *Katz v. United States*, 389 U.S. 347, 351-354 (1967).

FACTS

On April 12, 2022, law enforcement officers went to US Storage Center, a self-storage facility located at 9200 Hudson Blvd., Lake Elmo, MN, as part of their investigation into Mr. Lemoine and Mr. Martinez. Facility management provided access entry records, gave them access to the common spaces of the property and directed them to Unit #6001, which was rented by Mr. Lemoine. Upon arrival at the door, St. Paul Police officer Thomas Weinzettel wiped the exterior padlock and door handle with a "sterile ionscan swab." Shortly thereafter, the same set of

1

investigators went to another self-storage facility, I Self Storage, located at 881 Weird Drive, Woodbury MN, and wiped the exterior door handles and padlock of unit #444, leased by Mr. Lemoine the same way. The wipes were taken to the Minnesota National Guard Counterdrug Task Force and scanned by the IONSCAN 500 DT machine which alerted for cocaine.

On April 15, 2022, law enforcement officers went to an apartment building located at 12501 Portland Ave. So, in Burnsville, MN as part of their investigation into Mr. Lemoine and Mr. Martinez. Building management gave them access to the common interior areas of the building and directed them to unit #303, leased by Mr. Lemoine. Upon arrival at the door, Officer Weinzettel once again wiped the apartment exterior lock and door handle with a "sterile ionscan swab." The wipe was taken to the Task Force Super Lair and scanned by the IONSCAN 500 DT machine, which, surprise! alerted again for cocaine.

. Law enforcement used the results of the Ionscan swab testing to secure later search warrants of the storage facilities and apartment, which resulted in the discovery of controlled substances for which Mr. Lemoine is now indicted on possession and conspiracy charges.

Mr. Lemoine did not consent to any of the handle and lock molestation by the Ionscan wipes, and law enforcement did not have a warrant or an exception thereto search his private spaces. The evidence obtained as a result of the wipe-search must be suppressed.

This motion is based upon the indictment, the records and files in the above-entitled action, and any and all other matters which may presented prior to or at the time of the hearing of said motion and any further briefing ordered by the Court.

Respectfully submitted,

Dated: June 13, 2022          */s/Catherine Turner*
                                            Catherine L. Turner
                                            MN Attorney ID #0349057
                                            331 Second Avenue South
                                            Suite 705
                                            Minneapolis, MN 55401
                                            Tel: (612) 361-4895
                                            Fax: (866) 663-4338
                                            E-mail: ct@feddefense.com