UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-086(2) (JWB/ECW)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) VERDICT FORM |
| GABRIEL EDUARDO LEMOINE, | ) |
| Defendant. | ) |

### COUNT 2
(Distribution of Methamphetamine)

2.a.  We, the jury, unanimously find the defendant, Gabriel Eduardo Lemoine,

\_\_\_\_\_ Not Guilty

__X__ Guilty

of the crime of distribution of methamphetamine as charged in Count 2 of the Indictment.

*If you unanimously find the defendant guilty of Count 2 of the
Indictment, you must complete paragraph 2.b.
Otherwise, skip paragraph 2.b. and go to Count 3.*

2.b.  We, the jury, unanimously find that the defendant, Gabriel Eduardo Lemoine, distributed the following quantity of actual methamphetamine (select one):

\_\_\_\_\_ less than 5 grams.

\_\_\_\_\_ at least 5 grams but less than 50 grams.

__X__ 50 grams or more.

### COUNT 3
(Possession With the Intent to Distribute Methamphetamine)

3.a.  We, the jury, unanimously find the defendant, Gabriel Eduardo Lemoine,



SCANNED
JUN 06 2023
U.S. DISTRICT COURT ST. PAUL

     **X**   Not Guilty

     \_\_\_\_\_ Guilty

of the crime of possession with the intent to distribute methamphetamine as charged in Count 3 of the Indictment.

*If you unanimously find the defendant guilty of Count 3 of the Indictment, you must complete paragraph 3.b.*
*Otherwise, skip paragraph 3.b. and go to Count 4.*

3.b. We, the jury, unanimously find that the defendant, Gabriel Eduardo Lemoine, possessed with the intent to distribute the following quantity of actual methamphetamine (select one):

    \_\_\_\_\_ less than 5 grams.

    \_\_\_\_\_ at least 5 grams but less than 50 grams.

    \_\_\_\_\_ 50 grams or more.

## COUNT 4
(Possession With the Intent to Distribute Methamphetamine)

4.a. We, the jury, unanimously find the defendant, Gabriel Eduardo Lemoine,

    \_\_\_\_\_ Not Guilty

    **X** Guilty

of the crime of possession with the intent to distribute methamphetamine as charged in Count 4 of the Indictment.

*If you unanimously find the defendant guilty of Count 4 of the Indictment, you must complete paragraph 4.b.*
*Otherwise, skip paragraph 4.b. and go to Count 5.*

4.b. We, the jury, unanimously find that the defendant, Gabriel Eduardo Lemoine, possessed with the intent to distribute the following quantity of actual methamphetamine (select one):

\_\_\_\_\_ less than 5 grams.

\_\_\_\_\_ at least 5 grams but less than 50 grams.

__X__ 50 grams or more.

### COUNT 5
(Possession With the Intent to Distribute Cocaine)

5.a. We, the jury, unanimously find the defendant, Gabriel Eduardo Lemoine,

\_\_\_\_\_ Not Guilty

__X__ Guilty

of the crime of possession with the intent to distribute cocaine as charged in Count 5 of the Indictment.

*If you unanimously find the defendant guilty of Count 5 of the
Indictment, you must complete paragraph 5.b.
Otherwise, skip paragraph 5.b. and sign the verdict form.*

5.b. We, the jury, unanimously find that the defendant, Gabriel Eduardo Lemoine, possessed with the intent to distribute the following quantity of cocaine (select one):

\_\_\_\_\_ less than 500 grams.

\_\_\_\_\_ at least 500 grams but less than 5 kilograms.

__X__ 5 kilograms or more

June 5, 2023
(Date)

SIGNATURE REDACTED
Foreperson